**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

*Electronically Filed*

| | | |
|---|---|---|
| JEMICAH STEPHENS | ) | |
| | ) | CIVIL ACTION NO. <u>3:16-cv-7-GNS</u> |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PREMIERE CREDIT OF NORTH AMERICA, LLC | ) ) | Removed from Jefferson Circuit Court Division 8, Civil Action No. 15-CI-006199 |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

For its Notice of Removal of this action from the Jefferson Circuit Court, Kentucky, to the United States District Court for the Western District of Kentucky pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Premiere Credit of North America, LLC (hereinafter "Premiere Credit" or "Defendant"), without waiving any defenses it may have herein, states as follows:

1. On or about December 10, 2015, Plaintiff Jemicah Stephens filed a Complaint in Jefferson Circuit Court, bearing Civil Action No. 15-CI-006199. Premiere Credit was served with a summons and the Plaintiff's Complaint through its Agent for Service of Process, CT Corporation System on or about December 16, 2015. Copies of all process, pleadings, and orders served upon Premiere Credit are attached to this Notice of Removal as **Exhibit A** in accordance with 28 U.S.C. § 1446(a).

2. Count I of the Complaint alleges violations of the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA"), over which this Court has original jurisdiction as

provided in 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331. This Court has supplemental jurisdiction over all other, state-law claims Plaintiff purports to assert in the Complaint pursuant to 28 U.S.C. § 1367.

3. This Notice of Removal is timely because it was filed within thirty (30) days of the commencement of this action, as required by 28 U.S.C. § 1446(b).

4. A copy of this Notice of Removal is being served upon Plaintiff and filed concurrently with the Clerk of Jefferson Circuit Court, Commonwealth of Kentucky, pursuant to 28 U.S.C. § 1446.

WHEREFORE, Defendant Premiere Credit of North America, LLC hereby removes to this Court the above-captioned matter.

Respectfully submitted,

/s/ Thomas C. Gleason
Thomas C. Gleason
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
(502) 589-5400 (phone)
(502) 581-1087 (fax)
tgleason@fbtlaw.com

*Counsel for Defendant,*
*Premiere Credit of North America, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of January 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to CM/ECF participants.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail and electronic mail to the following non-CM/ECF participants:

Zachary L. Taylor
9900 Corporate Campus Drive, Suite 3000
Louisville, KY  40223
ztaylor@taylorlawcenter.com
*Counsel for Jemicah Stephens*

/s/ Thomas C. Gleason
*Counsel for Defendant*