# Case History

## STEPHENS, JEMICAH VS. PREMIERE CREDIT OF NORTH AMERICA, LLC
### Case# 15-CI-006199

**County** JEFFERSON
**Court** CIRCUIT Court
**Opening Judge** HON. A. C. MCKAY CHAUVIN
**Current Judge**
**Closing Judge**

Page #

| Date | Event | Reference |
|---|---|---|
| 12/10/2015 | **Case Filed** <br> PROPERTY RIGHTS | |
| 12/10/2015 | **Document Filed** <br> COMPLAINT / PETITION <br> AP | |
| 12/10/2015 | **Summons Filed - C T CORPORATION SYSTEM** <br> CERTIFIED MAIL | @00000760677 |

```
FILED IN CLERK'S OFFICE
JEFFERSON CIRCUIT CT

2015 DEC 18  PM 3 48

CLERK 17

BY _____ D.C.
```

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PREMIERE CREDIT OF NORTH AMERICA
C T CORPORATION SYSTEM
306 W. MAIN STREET, SUITE 512
FRANKFORT, KY 40601
15CI006199



9590 9403 0895 5223 1535 92

2. Article Number (Transfer from service label)

7015 0640 0003 3424 2047

S Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)  Christian Ba[...]  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

[FRANKFORT postmark DEC 16 2015]

3. Service Type
☐ Adult Signature              ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☑ Registered Mail™
☐ Certified Mail®              ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery          ☐ Return Receipt for Merchandise
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation™
☐ Insured Mail                 ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail Restricted Delivery
  (over $500)



# Service of Process Transmittal
12/16/2015
CT Log Number 528333173

| | |
|---|---|
| **TO:** | Kathleen Leatherbury<br>Premiere Credit of North America, LLC<br>2002 Wellesley Blvd Ste 100<br>Indianapolis, IN 46219-2458 |
| **RE:** | **Process Served in Kentucky** |
| **FOR:** | Premiere Credit of North America, LLC  (Domestic State: IN) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Jemicah Stephens, Pltf. vs. Premiere Credit of North America, LLC, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Jefferson County Circuit Court, KY<br>Case # 15CI006199 |
| **NATURE OF ACTION:** | Violation of the Consumer Credit Protection Act |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 12/16/2015 postmarked on 12/11/2015 |
| **JURISDICTION SERVED :** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days |
| **ATTORNEY(S) / SENDER(S):** | Zachary L. Taylor<br>9900 Corporate Campus Drive<br>Suite 3000<br>Louisville, KY 40223 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  Fed Ex 2 Day , 781969773211<br><br>Image SOP<br><br>Email Notification,  Kathleen Leatherbury  kleatherbury@premierecredit.com<br><br>Email Notification,  David Wien  dwien@premierecredit.com<br><br>Email Notification,  Sarah DeMoss  sdemoss@premierecredit.com |
| **SIGNED:**<br>**ADDRESS:**<br><br><br>**TELEPHONE:** | C T Corporation System<br>306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601<br>410-539-2837 |

Page 1 of  1 / SG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

CERTIFIED MAIL

U.S. POSTAGE >> PITNEY BOWES
$ 006.95
ZIP 40202
02 1W
0001376043 DEC. 11. 2015

7015 0640 0003 3424 2049

David L. Nicholson, Jefferson Circuit Clerk
600 West Jefferson Street
Louisville, KY 40202-4731

C T CORPORATION SYSTEM
306 W MAIN STREET
SUITE 512
FRANKFORT, KY 40601

| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **15-CI-006199**<br>Court: **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* **STEPHENS, JEMICAH**  VS. **PREMIERE CREDIT OF NORTH AMERICA, LLC,** *Defendant*

TO:  **C T CORPORATION SYSTEM**
     **306 W MAIN STREET**
     **SUITE 512**
     **FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:
**PREMIERE CREDIT OF NORTH AMERICA, LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David L. Nicholson, Jefferson Circuit Clerk
Date: **12/10/2015**

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

Date: _____, 20____

_____     _____
                                Served By

                                _____
                                Title

---

Summons ID: 81118445224@00000760677
CIRCUIT: 15-CI-006199 Certified Mail
STEPHENS, JEMICAH  VS. PREMIERE CREDIT OF NORTH AMERICA, LLC



Page 1 of 1

**eFiled**

Package : 000002 of 000010

CASE NO. _____            JEFFERSON CIRCUIT COURT
                                                                                                            DIVISION_____
                                                                                                             JUDGE _____

Jemicah Stephens                                                                                        Plaintiff

v.

Premiere Credit of North America, LLC                           Defendant

    **Serve:**
    CT Corporation System
    306 W Main Street
    Suite 512
    Frankfort, KY 40601

## COMPLAINT

The Plaintiff, Jemicah Stephens, by counsel, for his Complaint against Defendant, Premier Credit of North America, LLC, states as follows:

### INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff against the Defendant for violation of Chapter 41, the Consumer Credit Protection Credit Act, of Title 15 (Commerce and Trade) of the United States Code, specifically, 15 U.S.C. § 1692 *et seq.*, (known as the "Fair Debt Collection Practices Act," hereafter the "*FDCPA*"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices in the collection of consumer debt and in connection therewith.

### JURISDICTION AND VENUE

2. Plaintiff Jemicah Stephens is a resident of Louisville, Jefferson County, Kentucky.

3. Plaintiff is a "*consumer*" as that term is defined in the FDCPA with respect to the matters referred to herein.

4. At pertinent times herein, Plaintiff was a first-year law student enrolled at the University of Louisville Brandeis School of Law.

5. Defendant Premiere Credit of North America, LLC is an Indiana limited liability company with principal offices at 2002 Wellesley Blvd., in Indianapolis, Indiana 46219.

6. At all pertinent times herein, in this judicial district, Defendant regularly used the mails to collect consumer debts owed or asserted to be owed or due another, and/or otherwise engaged in a business the primary purpose of which was the collection of consumer debt owed or due or asserted to be owed or due another.

7. Defendant is a "*debt collector*" as said term is defined in the FDCPA and with respect to the matters cited herein.

8. This Court has jurisdiction pursuant to Ky. Const. § 112(5) and KRS 23A.010(1).

9. Venue is proper in this Court because the Defendant transacts business in this county, Plaintiff is a resident of this county, and the conduct complained of occurred here.

10. Plaintiff seeks damages in excess of the minimum damages available in this Court.

## FACTS

11. On or about December 10, 2014, Defendant sent a letter to Plaintiff via the mails wherein Defendant sought to collect a debt on behalf of the Unites States Department of Education in the amount of $7,338.33.

2

12. In the December 10, 2014 letter, Defendant sought to collect and falsely represented that it was entitled to collect a principal balance of $5,005.27, interest of $930.40, and penalty charges of $1,444.66 from Plaintiff, when Plaintiff did not owe said debts.

13. In the December 10, 2014 letter, Defendant sought to collect interest charges of $930.40 and penalty charges of $1,444.66, which amounts were neither authorized by the agreement creating the debt or permitted by law.

14. In the December 10, 2014 letter, Defendant used the name "Premiere Credit of North America, LLC," falsely implying that it operated a consumer reporting agency and/or that it would report credit information about the debt to one or more consumer reporting agencies.

15. In the December 10, 2014 letter, Defendant falsely represented that in addition to principal, interest, and administrative fees, Plaintiff was responsible for costs "ED" incurs for fees earned by Premiere Credit for recoveries on the debt, up to 24.34% of the principal and interest repaid.

16. On or around December 10, 2014, and thereafter, on information, Defendant obtained private information about Plaintiff from one or more consumer reporting agencies.

17. On or around December 10, 2014, and thereafter, on information, Defendant reported false, defamatory, and derogatory information about Plaintiff to third parties.

18. As a result of the defamatory statements published by Defendant, Plaintiff was unable to procure to financing to continue his legal education at the University of Louisville School of Law and had to withdraw from his legal studies.

3

19. On information, between December 10, 2014 and the present, Defendant collected monies from Plaintiff which it did not forward to the United States Department of Education.

20. Defendant acted toward Plaintiff with fraud, oppression, and/or malice.

21. As a result of the Defendant's conduct, as herein alleged, Plaintiff has been damaged, entitling him to pursue a private cause of action against Defendant for actual and statutory damages, plus attorney's fees and costs.

## COUNT I
## VIOLATION OF THE FDCPA

22. Defendant's representations to Plaintiff were materially false, deceptive, and/or misleading, in violation of 15 U.S.C. § 1692e, specifically §§ 1692e(2), (8), (10), and (16).

23. Within five (5) days of its initial communication with Plaintiff, Defendant failed to provide Plaintiff a written notice of portions of the debt it sought to collect, including "fees," in violation of 15 U.S.C. § 1692g(a).

24. Defendant used unfair or unconscionable means to collect or attempt to collect the subject debt, by, *inter alia,* seeking to collect amounts that were not authorized by agreement or permitted by law. 15 U.S.C. § 1692f(1).

25. Defendant's unlawful actions as described above and as set forth above caused Plaintiff to sustain actual damages, in the form of mental and emotional distress, pain and suffering, inconvenience, turmoil, disgrace, embarrassment, anxiety, humiliation, physical and mental upset, stress, embarrassment, loss of commercial viability, loss of credit opportunities, invasion of privacy, pecuniary loss, and damage to credit rating, credit score, reputation, and perceived credit worthiness.

26. With respect to the additional damages that may be awarded pursuant to 15 U.S.C. § 1692k(a)(2)(A), Defendant's noncompliance with the FDCPA is intentional, frequent, widespread and affects a large number of persons perhaps numbering into the thousands, including but not limited to Plaintiff.

27. Defendant's conduct as herein alleged entitles Plaintiff to relief against the Defendant in the form of an award of actual damages, statutory damages, plus attorney's fees and costs.

## COUNT II
## INTENTIONAL OR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

28. Defendant's conduct as herein alleged was intentional, reckless, or negligent.

29. Defendant's conduct was so outrageous and intolerable so as to offend generally accepted standards of morality and decency.

30. Defendant's conduct as herein alleged was a cause of Plaintiff's emotional distress.

31. Plaintiff's emotional distress was severe.

32. At law, Plaintiff is entitled to an award of compensatory damages against the Defendant.

33. Pursuant to KRS 411.184(2), Plaintiff is entitled to an award of punitive damages against the Defendant.

## COUNT III
## INVASION OF PRIVACY

34. On or about December 10, 2014, Defendant unreasonably intruded upon the privacy and seclusion of Plaintiff.

5

Package : 000007 of 000010

35. As a result of said intrusion, Plaintiff was damaged.

36. At law, Plaintiff is entitled to an award of compensatory damages against the Defendant.

37. Pursuant to KRS 411.184(2), Plaintiff is entitled to an award of punitive damages against the Defendant.

## COUNT IV
## DEFAMATION

38. Between December 10, 2014 and the present, on information, Defendant published false, defamatory, and derogatory information about the Plaintiff, namely, that he defaulted on a federal student loan, to third parties, including the United States Department of Education, the University of Louisville, consumer reporting agencies, and others, which caused injury to the reputation of the Plaintiff.

39. As a result of the defamatory statements published by Defendant, Plaintiff was unable to procure to financing to continue his legal education at the University of Louisville School of Law.

40. At law, Plaintiff is entitled to an award of compensatory damages against the Defendant.

41. Pursuant to KRS 411.184(2), Plaintiff is entitled to an award of punitive damages against the Defendant.

## COUNT V
## MONEY HAD AND RECEIVED

42. Between December 10, 2014 and the present, on information, Defendant received monies from Plaintiff that belonged to the Plaintiff.

43. In equity, Plaintiff is entitled to the money Defendant received.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Jemicah Stephens, by counsel, demands relief against the Defendant, Premiere Credit of North America, LLC, as follows:

A. Entry of a Judgment against Defendant to compensate Plaintiff for his actual damages sustained as set forth in above Counts.

B. Entry of a Judgment under the about Counts for any and all maximum statutory damages provided under applicable federal or state statute.

C. Entry of a Judgment against Defendant for punitive damages on the above Counts wherein an award of such damages is proper and appropriate.

D. Interest on all of the aforementioned amounts at the maximum rate and for the maximum duration allowed by applicable law.

E. Entry of an order temporarily and permanently enjoining Defendant from future, similar violations of the FDCPA and directing it to discharge, quit, satisfy and/or pay the subject debt and cause any adverse credit information referencing the debt to be deleted and removed from any consumer report concerning Plaintiff.

F. An award of attorney's fees and costs herein incurred.

G.    Any and all other relief to which he may be entitled, including the right to amend this Complaint to add additional claims or additional parties after conducting appropriate discovery.

Respectfully submitted,

/s/ Zachary L. Taylor
ZACHARY L. TAYLOR
9900 Corporate Campus Drive
Suite 3000
Louisville, Kentucky 40223
Phone | Fax: (502) 822-2500
ztaylor@taylorlawcenter.com

*Counsel for Jemicah Stephens*

8