# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| JEMICAH STEPHENS, | ) CIVIL ACTION NO. 3:16-cv-00007-GNS-CHL |
| Plaintiff, | ) |
| | ) *Electronically Filed* |
| v. | ) |
| | ) |
| PREMIERE CREDIT OF NORTH AMERICA, LLC, | ) Removed from Jefferson Circuit Court |
| | ) Division 8, Civil Action No. 15-CI-006199 |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL

Upon agreement of Plaintiff Jemicah Stephens and Defendant Premiere Credit of North America, LLC, each by and through counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Premiere Credit of North America, LLC are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorney's fees and costs.

**Greg N. Stivers, Judge**
**United States District Court**

October 31, 2018